

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00026-CR
### No. 10-22-00027-CR

**LISA MARIE KENNEDY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law**
**Walker County, Texas**
**Trial Court Nos. 21-0778 & 21-0779**

## MEMORANDUM OPINION

Lisa Marie Kennedy attempts to appeal two traffic tickets which are on review at the County Court at Law in Walker County, Texas. However, no final judgment or other appealable order has been rendered by the County Court at Law in either of the underlying cases. The information sheet provided by the Walker County Clerk's Office states: "DATE OF JUDGEMENT: Pending."

The Texas Rules of Appellate Procedure provide that a criminal defendant has the

right to appeal a judgment of guilt or other appealable order. *See* TEX. R. APP. P. 25.2(a)(2). However, in these appeals, there are no appealable judgments or orders from the underlying cases; thus, we have no jurisdiction of these appeals. *See id.*; 26.2(a)(1) ("The notice of appeal must be filed: (1) within 30 days after the day sentence is imposed or suspended in open court, or after the day the trial court enters an appealable order."); *see also State v. Sanavongxay*, 407 S.W.3d 252, 259 (Tex. Crim. App. 2012) ("We conclude that, because there is no written order from which to appeal, the court of appeals correctly held that it has no jurisdiction over the…appeal . . . .").

Accordingly, these appeals are dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeals dismissed
Opinion delivered and filed February 16, 2022
Do not publish
[CR25]

